UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re FORD MOTOR CO. SPEED | / | MDL DOCKET NO. 1718 |
| CONTROL DEACTIVATION SWITCH | / | HON. BERNARD A. FRIEDMAN |
| PRODUCTS LIABILITY LITIGATION | / | |
| | / | *Standard Fire Ins. Co., et al. v. Ford Motor Co.* |
| _____ | / | Case No. 10-11164 |

## J U D G M E N T

The court has granted defendant's motion to dismiss.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiffs. Costs to be permitted in accordance with law.

DAVID J. WEAVER
CLERK OF COURT

By:__Carol L. Mullins_____
Deputy Clerk

April 9, 2012

Approved:__s/Bernard A. Friedman_____
BERNARD A. FRIEDMAN
U.S. DISTRICT JUDGE