UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

IN RE FORD MOTOR COMPANY SPEED CONTROL DEACTIVATION
SWITCH PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THE STANDARD FIRE INSURANCE COMPANY AND TRAVELERS PERSONAL SECURITY INSURANCE COMPANY, as subrogees of JOHN LOMBARD** § § § § § § | CIVIL ACTION NO: <br><br> 2:10-cv-11164-VAR-PJK |
| Plaintiffs, § § | |
| v.  § § | *MDL Docket No. 1718* |
| **FORD MOTOR COMPANY** § § | *JUDGE BERNARD A. FRIEDMAN* <br> *MAGISTRATE JUDGE STEVEN* |
| Defendant. § | *WHALEN* |

## NOTICE OF APPEAL

Notice is hereby given that **The Standard Fire Insurance Company and Travelers Personal Security Insurance Company, as subrogees of John Lombard**, plaintiffs in the above entitled cause, hereby appeal to the United States Court of Appeals for the Sixth Circuit from an order granting the Motion for Summary Judgment filed by defendant, Ford Motor Company, and the Judgment dismissing the above captioned case, both of which were entered in this action on the 9th day of April, 2012.

LAW OFFICES OF CATHERINE A. GOFRANK

Date:  May 9, 2012

s/*David M. Kraus*
David M. Kraus (P37986)
Attorneys for Plaintiffs
1441 W. Long Lake Road, Suite 305
Troy, Michigan 48098
(248) 312-7939
dkraus@travelers.com

Page | 1

*PROOF OF SERVICE*

I hereby certify that on **May 9, 2012**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to Timothy M. Kuhn.

s/*David M. Kraus* (P37986)
Law Offices of Catherine A. Gofrank
1441 W. Long Lake Road, Suite 305
Troy, Michigan 48098
(248) 312-7939
dkraus@travelers.com