UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 12-1583

THE STANDARD FIRE INSURANCE COMPANY
and TRAVELERS PERSONAL SECURITY
INSURANCE COMPANY, as subrogees of John Lombard,
    Plaintiffs - Appellants,

v.

FORD MOTOR COMPANY,
    Defendant - Appellee.

**FILED**
*Jul 24, 2013*
DEBORAH S. HUNT, Clerk

Before: COLE and McKEAGUE, Circuit Judges; ZOUHARY, District Judge.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, and for the reasons more fully set forth in the Court's opinion of even date, it is ORDERED that the district's court's award of summary judgment to Ford Motor Company is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 24, 2013

Mr. Clay A. Guise
Mr. Matthew Mitchell
Law Offices
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304

Mr. David M. Kraus
Law Offices
1441 W. Long Lake Road
Suite 305
Troy, MI 48098

Mr. Timothy Matthew Kuhn
Dykema Gossett
400 Renaissance Center
Detroit, MI 48243

Mr. William Ransom Pipes
Hannah, Colvin & Pipes
2051 Silverside Drive
Suite 260
Baton Rouge, LA 70808

      Re:  Case No. 12-1583, *The Standard Fire Insurance Co, et al v. Ford Motor Company*
           Originating Case No. 2:10-cv-11164

Dear Counsel,

  The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Deborah S. Hunt, Clerk

Dixie Aerni
Deputy Clerk

Enclosures

Mandate to issue.